■ EDWARD A. DONNADELLE, as Administrator of the Estate of PHYLLIS M. DONNADELLE, Deceased Respondent, v LAKESIDE HOSPITAL et al., Appellants, et al., Defendant.—In a medical malpractice action to recover damages for personal injuries and wrongful death, the appeal is from an order of the Supreme Court, Suffolk County, dated November 12, 1976, which granted plaintiff's motion for leave to serve a supplemental bill of particulars. Order affirmed, with one bill of $50 costs and disbursements payable jointly by appellants, upon the opinion of Mr. Justice Lipetz at Special Term. Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.

■ MARVIN ESCHEN, Respondent, v EUGENE BROWN et al., Appellants, et al., Defendant.—In an action, *inter alia,* by an attorney to recover the agreed price and reasonable value of services rendered, defendants Eugene Brown, Cameo East Co., Cameo East Corporation and First Merrick Development Corporation appeal from so much of a judgment of the Supreme Court, Nassau County, entered May 21, 1976, as, upon a jury verdict (1) is in favor of the plaintiff and against them on the first two causes of action and (2) dismissed the counterclaim of appellant Brown. Judgment affirmed insofar as appealed from, with costs. On this record there was no abuse of discretion or error of law committed by the Trial Judge either (1) in permitting plaintiff to reopen his case or (2) in the manner in which he responded to the jury's request to hear additional testimony. Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.

■ THOMAS P. FALLON, Plaintiff, v STATE TAX COMMISSION, Appellant, MARGARET PRENTY, Respondent, et al., Defendants.—In an action, *inter alia,* to compel the sellers of a certain business to satisfy a claim of the State Tax Commission, the commission appeals from an order of the Supreme Court, Suffolk County, entered June 17, 1976, which, *inter alia,* granted the motion of defendant Margaret Prenty to dismiss the sixth cause of action of the complaint (the only cause of action asserted against her). Order affirmed, with $50 costs and disbursements. The dismissal of the complaint as against defendant Margaret Prenty was proper, as the complaint fails to state a cause of action against her. It is unnecessary to reach the issue of the priority of the statutory lien created by subdivision (c) of section 1141 of the Tax Law. Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.